# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

**FILED**

JUL 21 2017



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA and THE STATE OF WYOMING

vs.

**Robert John Bigback**   No. CR 17-59-BLG-SPW-01

DOB: **05/21/1995**   PETITION TO OPEN
   JUVENILE/SEALED RECORDS
SSN: **XXX-XX-2702**

Whereas the above-name defendant entered a plea of GUILTY to the offense of Felon in Possession of a Firearm and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the defendant's background, the Petitioner requests all juvenile records pertaining to the defendant, including Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Family Services, medical and institutional treatment records and Department of Institutions records, be made available.

_____
Dawn M. Roberts, U.S. Probation/Parole Officer

7-20-2017
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Family Services, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____
U.S. District Judge

Dated this 21st day of July, 2017.